**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

ONTARIO SAMUELS                          CIVIL ACTION NO. 14-2437-P

VERSUS                                   JUDGE S. MAURICE HICKS, JR.

STEVE PRATOR, ET AL.                     MAGISTRATE JUDGE HORNSBY

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims seeking monetary damages and injunctive relief for his allegedly unconstitutional conviction and sentence be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the Heck conditions are met.

**IT IS FURTHER ORDERED** that Plaintiff's civil rights claims against District Attorney Charles Rex Scott, Assistant District Attorney Jackson, and Carolyn J. Sartin be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that Plaintiff's request for habeas relief be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant.  The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, **DENIES** a certificate of appealability

because the applicant has not made a substantial showing of the denial of a constitutional right.

      **THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 23rd day of October, 2015.

                                   S. MAURICE HICKS, JR.
                               UNITED STATES DISTRICT JUDGE